**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KIMBERLY GAGNE,<br>            Plaintiff,<br><br>v.<br><br>HARLEYSVILLE GROUP, INC. et al.<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION**<br>)   **NO. 14-40018-DHH**<br>)<br>)<br>) |

## ORDER

**March 4, 2014**

Hennessy, M.J.

    This matter is before the Court on Plaintiff Kimberly Gagne's motion to amend the complaint pursuant to Federal Rule of Civil Procedure 15(a)(1).[1] (Docket #10).

    The complaint was originally filed in Massachusetts Superior Court on January 10, 2014, alleging claims of employment discrimination in violation of Mass. Gen. Laws ch. 151B. (Docket #1-1). Defendants Harleysville Group, Inc. and Nationwide Mutual Insurance Company removed the action to this Court on February 10, 2014, despite not having been served with the complaint. (Docket #1). The present motion was filed on February 14, 2014 (Docket #10). Gagne had not yet served Defendants at the time the motion was filed. (Docket #10 at 1). Defendants filed an answer on February 18, 2014, again, despite not having been served with the complaint. (Docket #11).

    Federal Rule of Civil Procedure 15(a)(1)(B), allows a party to amend its pleading once as a matter of course within "21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A). Because Gagne

---

[1] The motion to amend was stricken due to clerical error on February 20, 2014 (Docket #13) and reinstated on March 4, 2014 (Docket #15).

has not previously filed an amended complaint and had yet to serve Defendants at the time the motion was filed, the motion to amend the complaint (Docket #10) is ALLOWED.

                                      /S/ David H. Hennessy
                                      David H. Hennessy
                                      UNITED STATES MAGISTRATE JUDGE